THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Tyler Stevens, Appellant.
 
 
 

Appeal From Edgefield County
 Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2008-UP-302
 Submitted June 2, 2008  Filed June 11,
2008    

DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Donald V. Meyers, of Lexington, for Respondent.
 
 
 

PER CURIAM: Tyler Stevens appeals his guilty plea to armed
 robbery, contending his waiver of rights colloquy was insufficient and therefore
 failed to comply with the mandates of Boykin v. Alabama, 395 U.S. 238
 (1969).  After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Stevens appeal and grant counsels motion to be relieved.[1]
DISMISSED. 
HEARN,
C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.